ACCEPTED
15-24-00123-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 11:47 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00123-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 11:47:33 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

PATRICK KELLY AND PMK GROUP, LLC,
*Appellants*

v.

RICHARD HOMMINGA AND CHIPPEWA CONSTRUCTION LLC,
*Appellees.*

From the 212th Judicial District Court
Galveston County, Texas
Trial Court Cause No. 22-0360

**APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE
ITS OPENING BRIEF**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellants Patrick Kelly and PMK Group respectfully request a 30-day extension to file their opening brief under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show this Court as follows:

1.     Appellants' brief is currently due on February 21, 2025. Appellants request an extension of 30 days from the current deadline, making their brief due March 24, 2025.[1]

2.     This is Appellants' **second request** for an extension of time to file their brief. Appellants anticipate that, barring unforeseen circumstances, this will be their last request.

3.     Counsel for Appellants needs additional time to file Appellants' brief because counsel have been diligently working to comply with multiple concurrent deadlines and briefing requirements, including (but not limited to) the following:

- Cause No. 17-003236-CV-361; *Kristopher Lloyd Fraley v. The Texas A&M University System, Vaughn Construction Company d/b/a J.T. Vaughn Construction, LLC, and Brazos Paving, Inc.*, in the 361st Judicial District Court of Brazos County, Texas (trial started February 11, 2025);

- Cause No. 2021-35340; *Ivannia Martinez v. Andres Castro*; In the 281st Judicial District Court of Harris County, Texas (trial set for February 17, 2025);

- Cause No. 2021-34620; *Miguel Angel Urquizo Sanchez v. Portico Property Management, LLC, TC VI Greenhouse, LP, and 29SC Greenhouse, LP*; In the 80th Judicial District Court of Harris County (trial set to start February 24, 2025);

---

[1]     The expiration of 30 days falls on Sunday, March 23, 2025. The next business day is Monday, March 24, 2025.

- Case No. 24-0605; *Dallas Police Retired Officers Association v. Dallas Police and Fire Pension System and Nicholas A. Merrick in His Official Capacity as Chairman of the Board of Trustees of the Dallas Police and Fire Pension System, et al*; In the Supreme Court of the State of Texas (Reply in Support of Petition for Review due February 26, 2025);

- Case No. 01-23-00725-CV; *Lilly Lerner v. Douglas Scott Lerner*; In the First Court of Appeals for the State of Texas (Appellant's Reply Brief due February 28, 2025); and

- Case No. 25-0116; *World Food Imports, Inc. and KGF World Food Warehouse, Inc. v. HHO United Group, Inc. as Assignee of Nihaya Qaddura and Sharif Choudhury*; in the Supreme Court of the State of Texas (Petition for Review due March 17, 2025).

For these reasons, Appellants Patrick Kelly and PMK Group request that the Court grant an extension of time to file their opening brief, making it due on or before March 24, 2025.

Respectfully submitted,

By: */s/ Bradley W. Snead*
Bradley W. Snead
State Bar No. 24049835
Kelley Clark Morris
State Bar No. 24087306
WRIGHT CLOSE & BARGER, L.L.P.
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320
snead@wrightclosebarger.com
morris@wrightclosebarger.com

David Funderburk
Diane S. Davis
Todd Collins
FUNDERBURK FUNDERBURK COURTOIS, LLP
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Telephone: (713) 526-1801
Facsimile: (713) 526-2708
dfunderburk@ffllp.com
ddavis@ffllp.com
tcollins@ffllp.com

***Attorneys for Appellants***

## CERTIFICATE OF CONFERENCE

On February 12, 2025, Bradley W. Snead, counsel for Appellant, conferred by email with counsel for Appellees. Appellees oppose the relief requested in this motion.

*/s/ Bradley W. Snead*
Bradley W. Snead

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michelle Heigelmann on behalf of Brad Snead
Bar No. 24049835
heigelmann@wrightclose.com
Envelope ID: 97342384
Filing Code Description: Motion
Filing Description: Appellant's Motion for Extension of Time to file Its Opening Brief
Status as of 2/13/2025 11:57 AM CST

Associated Case Party: Patrick Kelley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Snead | | snead@wrightclosebarger.com | 2/13/2025 11:47:33 AM | SENT |
| Kelly ClarkMorris | | morris@wrightclosebarger.com | 2/13/2025 11:47:33 AM | SENT |

Associated Case Party: Richard Homminga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew J.Mytelka | | amytelka@greerherz.com | 2/13/2025 11:47:33 AM | SENT |
| Angie Olalde | | aolalde@greerherz.com | 2/13/2025 11:47:33 AM | SENT |
| Victoria Rutherford | | vrutherford@greerherz.com | 2/13/2025 11:47:33 AM | SENT |
| Jordan RaschkeElton | | jraschkeelton@greerherz.com | 2/13/2025 11:47:33 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Funderburk | 7547550 | dfunderburk@ffllp.com | 2/13/2025 11:47:33 AM | SENT |
| Todd Collins | | tcollins@ffllp.com | 2/13/2025 11:47:33 AM | SENT |
| Diane  S.Davis | | ddavis@ffllp.com | 2/13/2025 11:47:33 AM | SENT |